**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELNORA FREESE,**

            **Plaintiff,**

-vs-                                    **Case No. 6:06-cv-175-Orl-31JGG**

**WUESTHOFF HEALTH SYSTEM, INC.,**
**LINDA CATINO, JOHN DOE I, JOHN**
**DOE II, JOHN DOE III,**

            **Defendants.**

_____

# ORDER

The Plaintiff, Elnora Freese ("Freese") filed her Amended Complaint (Doc. 3) on February 14, 2006, to which the Defendants responded with Motions to Dismiss (Docs. 6 & 7). Freese subsequently moved to amend her Amended Complaint (Doc. 12), seeking leave to replead with greater specificity and to incorporate relevant documents. Accordingly, it is

**ORDERED THAT** the Plaintiff's Motion to Amend (Doc. 12) is GRANTED. The Plaintiff shall have fifteen days to file a Second Amended Complaint which complies with the representations in her Motion, and with Federal Rule of Civil Procedure 8. The Defendants' Motions to Dismiss (Docs. 6 & 7) are DENIED as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 16, 2006.

                                                                     GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party